UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :

LLC SALES INC. D/B/A/ LITELINE USA,    :
                             Plaintiff,    :            24 Civ. 9853 (LGS)
                                           :

              -against-             :            ORDER
                                           :

LIVINGSTON INTERNATIONAL INC.,     :
                           Defendant.  :
                                         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the initial pretrial conference scheduled for April 1, 2025, is

adjourned to **April 8, 2025**, at **3:30 p.m.**  At least one week before the conference, the parties

shall submit a joint letter and proposed case management plan in accordance with the Order dated

December 30, 2024.

Dated:  March 25, 2025
        New York, New York

                                         LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE